UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| IN RE: | CASE NO: |
|---|---|
| GORDON RANDOLPH COX<br>CHARLOTTE HUBBARD COX | 09-03882-8-JRL |
| DEBTORS | CHAPTER 7 |

### REPORT ON UNCLAIMED DIVIDENDS

NOW COMES James B. Angell, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have not been returned to the Trustee or cashed by the Claimant, said checks being as follows:

| Claimant and Last Known Address | Amount |
|---|---|
| GE Money Bank dba Belk<br>Recovery Management Systems Corp for GEMB<br>25 SE 2nd Ave. 1120<br>Miami, FL 33131 | $23.19 |
| Total | $23.91 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    MAR 1 6 2011

James B. Angell, Chapter 7 Trustee
State Bar No. 12844
Howard, Stallings, From & Hutson, P.A.
P.O. Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-7703